# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D21-3160
_____

NSPR CARE CENTERS, LLC,
d/b/a NSPIRE HEALTHCARE
TAMARAC/XL SPECIALTY
INSURANCE COMPANY, and
ALTERNATIVE SERVICE
CONCEPTS, LLC,

    Appellants/Cross-Appellees,

    v.

NATHANIEL HOUSTON,

    Appellee/Cross-Appellant.

_____

On appeal from an order of the Office of the Judges of
Compensation Claims.
Iliana Forte, Judge.

Date of Accident: June 24, 2019.

September 16, 2022

PER CURIAM.

    AFFIRMED.

ROWE, C.J., and RAY and MAKAR, JJ., concur.

—————————————————

*__Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.__*

—————————————————

Paul T. Terlizzese of Hurley, Rogner, Miller, Cox & Waranch, P.A., Fort Pierce, and William H. Rogner of HR Law, P.A., Winter Park, for Appellants/Cross-Appellees.

Kenneth B. Schwartz of Winer Law Group, Fort Lauderdale, and Adam G. Werner of Gordon  & Partners, P.A., Palm Beach Gardens, for Appellee/Cross-Appellant.